**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**JOHN T. MOORE,**

    Plaintiff,

v.                                                                                                      No. 14-cv-0985 SMV/CG

**WALTER LEE BEAULEAU and
KENNESAW TRANSPORTATION, INC.;**

    Defendants.

## ORDER VACATING AND RESETTING PRETRIAL MOTIONS HEARING

THIS MATTER is before the Court on the Order on Stipulated Motion to Extend Case Management Deadlines [Doc. 52], issued by the Honorable Carmen E. Garza, United States Magistrate Judge, on July 23, 2015. Judge Garza has granted the parties' joint request to extend certain deadlines, including the deadline for filing pretrial motions. Pursuant to her order, pretrial motions must be filed no later than November 9, 2015. *Id.*

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Pretrial Motions Hearing set for November 19, 2015, is **VACATED** and **RESET** to **January 11, 2016**, **at 9:00 a.m.** in the **Rio Grande Courtroom on the Third Floor (West) of the Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico**. The parties need not be present. All pending pretrial motions, including motions in limine, will be heard throughout the course of the day; counsel shall therefore be prepared to attend for the entire day. Other than the resetting of the Pretrial Motions Hearing, the Order

Setting Pretrial Motions Hearing, Pretrial Conference, Jury Selection, and Jury Trial [Doc. 42] remains in effect.

    **IT IS SO ORDERED**.

                                                 **STEPHAN M. VIDMAR**
                                                 **United States Magistrate Judge**
                                                 **Presiding by Consent**