IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN T. MOORE,

    Plaintiff,

vs.                                                      Cause No. 14-CV-985 SMV/CG

WALTER LEE BEAULEAU and
KENNESAW TRANSPORTATION, INC.,

    Defendants.

## JOINT MOTION TO DISMISS WITH PREJUDICE CLAIMS BY JOHN T. MOORE

COME NOW Plaintiff John T. Moore, by and through his attorney of record, Bregman & Loman, (R. Eric Loman) and Defendants, by and through their attorneys of record, Civerolo, Gralow, Hill & Curtis, A Professional Association (Lance D. Richards and Justin L. Robbs), hereby move the Court to dismiss with prejudice all claims which were brought or could have been brought by Plaintiff John T. Moore in this matter.

As grounds for this Motion, the parties state that Plaintiff John T. Moore and Defendants have settled this matter between themselves. By virtue of this Motion, John T. Moore and Defendants seek dismissal with prejudice of any and all claims, that currently exist, or to the extent hereafter arising as between Plaintiff John T. Moore and Defendants, arising out of the facts and circumstances pled in the Complaint.

WHEREFORE, Plaintiff John T. Moore and Defendants respectfully request that the Court dismiss with prejudice all claims which were brought or could have been brought by Plaintiff John T. Moore against Defendants in this matter. Each party will bear their own attorney's fees and costs.

Respectfully submitted,

CIVEROLO, GRALOW, HILL & CURTIS
A Professional Association

By: _____
Lance D. Richards
Justin L. Robbs
Attorneys for Defendants
20 First Plaza, NW, Suite 500
Albuquerque, NM 87102
505/842-8255
*Attorneys for Defendants*

BREGMAN & LOMAN

By:   *R. Eric Loman, approval e-mailed 8/26/2015*
R. Eric Loman
901 Third Street, NW, Suite A
Albuquerque, New Mexico 87102
505/762-5700
*Attorney for Plaintiff*

4500.009; Motion to Dismiss.doc

2