IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN T. MOORE,

    Plaintiff,

vs.                                  Cause No. 14-CV-985 SMV/CG

WALTER LEE BEAULEAU and
KENNESAW TRANSPORTATION, INC.,

    Defendants.

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

**THIS MATTER**, having come before the Court on the parties' Joint Motion to Dismiss with Prejudice, by and through their respective counsel of record, and the Court having read said Motion, having reviewed this Stipulated Order presented by the parties for the Court's approval, and otherwise being fully advised, **FINDS** that the motion is well taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff John T. Moore's Complaint against all Defendants, along with all causes of action that were or could have been brought therein against said Defendants, is dismissed with prejudice. It is additionally **ORDERED** that each party shall bear their own attorney's fees and costs.

                                          The Honorable Stephan M. Vidmar

Respectfully submitted,

CIVEROLO, GRALOW, HILL & CURTIS
A Professional Association


By:   *Lance D.. Richards 9/3/2015*
        Lance D. Richards
        Justin L. Robbs
        P. O. Box 887
        Albuquerque, New Mexico 87103
        505/842-8255
        *Attorneys for Defendants*


APPROVED BY:

BREGMAN & LOMAN


By:   *R. Eric Loman, approval e-mailed 8/26/2015*
        R. Eric Loman
        901 Third Street, NW, Suite A
        Albuquerque, New Mexico 87102
        505/762-5700
        *Attorney for Plaintiff*

4500.009; Order for Dismissal with Prejudice.doc